IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. TRACY,

    Plaintiff,                    No. CIV S-08-0121 LEW DAD P

    vs.

SHEEHAN, et al.,

    Defendants.           <u>ORDER</u>

/

        On March 25, 2008, plaintiff filed a request for an extension of time. On February 22, 2008, the court had ordered plaintiff to file an amended complaint and a new application requesting leave to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 25, 2008, request for an extension of time is granted; and

        2. Within thirty days from the service of this order, plaintiff shall file his amended complaint and new application requesting leave to proceed in forma pauperis pursuant to the court's February 22, 2008 order.

DATED: April 14, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
trac121.eot16